|  |  |
|---|---|
|  | IN THE CIRCUIT COURT OF THE<br>20th JUDICIAL CIRCUIT IN AND FOR<br>HENDRY COUNTY, FLORIDA |
| MARY SAL RODRIGUEZ, | GENERAL JURISDICTION DIVISION |
| Plaintiff, | CASE NO.: 20-CA-168 |
| vs. |  |
| WALMART STORES EAST, L.P.<br>D/B/A WALMART SUPERCENTER #2484, |  |
| Defendants,<br>_____/ |  |

## AMENDED COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, MARY SAL RODRIGUEZ, by and through undersigned counsel and sues the Defendant, WALMART STORES EAST, L.P. D/B/A WALMART SUPERCENTER #2484, and alleges as follows:

1.  That this is an action for damages in excess of Thirty Thousand ($30,000.00) Dollars.

2.  That the Plaintiff, MARY SAL RODRIGUEZ, at all times material and relevant hereto was and is a resident of Clewiston, County, Florida and is sui juris.

3.  That the Defendant, WALMART STORES EAST, L.P. D/B/A WALMART SUPERCENTER #2484, is a Foreign Profit Corporation that is and has been at all times material hereto licensed to do business in the State of Florida.

4.  That on November 23, 2016, the Plaintiff, MARY SAL RODRIGUEZ, was lawfully on the premises of the Defendant, WALMART STORES EAST, L.P. D/B/A WALMART SUPERCENTER #2484, located at 1005 W. Sugarland Highway, Clewiston, Florida 33440, as a business invitee and customer.

5.  That on November 23, 2016, the Defendant, WALMART STORES EAST, L.P. D/B/A WALMART SUPERCENTER #2484, by and through its agents, employees, and/or

servants, had exclusive dominion, possession and control of the premises located at 1005 W. Sugarland Highway, Clewiston, Florida 33440.

6. That on the aforesaid date, November 23, 2016, the Plaintiff, MARY SAL RODRIGUEZ, was inside of the premises, located at 1005 W. Sugarland Highway, Clewiston, Florida 33440, while in the produce/vegetable area, she slipped and fell due to a dirty, wet, slippery substance that was on the common floor area, of the Defendant, WALMART STORES EAST, L.P. D/B/A WALMART SUPERCENTER #2484, premises.

7. That it thereon became and was the duty of the Defendant, WALMART STORES EAST, L.P. D/B/A WALMART SUPERCENTER #2484, to exercise all due care and caution for the safety of the Plaintiff and other members of the public on its premises, but the Defendant did not regard its duty, or use due care on behalf of the Plaintiff, by and through its authorized agents and servants in that behalf, and negligently and carelessly allowed aforesaid premises unsafe to traverse by customers in its store.

8. That on the aforesaid date, November 23, 2016, the Defendant, WALMART STORES EAST, L.P. D/B/A WALMART SUPERCENTER #2484, by and through its agents, employees, and/or servants, was then and there negligent in one or more of the following respects:

    a) Carelessly and negligently failed to provide reasonable and safe premises for persons in said aisle:

    b) Carelessly and negligently failed to maintain the aforesaid floor area;

    c) Carelessly and negligently permitted a dirty, wet, slippery substance to remain on the floor of the vegetable/produce section, in an area where customers traversed;

    d) Carelessly and negligently failed to warn customers and the Plaintiff of the presence of the dirty, wet, slippery substance that was present on the floor inside of the Defendant's premises and the risk involved;

    e) Carelessly and negligently failed to clean the dirty, wet, slippery substance that

remained on the floor of the vegetable/produce section after it knew or should have known of its existence and that it presented danger to its customers;

f) Carelessly and negligently failed to maintain the common areas, including the floor areas of the store in a reasonably safe and proper condition for the Plaintiff and others;

g) Carelessly and negligently failed to exercise the degree of care required under the circumstances;

h) Otherwise being negligent.

9. That the Defendant, WALMART STORES EAST, L.P. D/B/A WALMART SUPERCENTER #2484, had a duty to maintain the common areas, including the common areas and floor of the vegetable/produce area of the store in a reasonably safe and proper condition for the general public.

10. That the Defendant, WALMART STORES EAST, L.P. D/B/A WALMART SUPERCENTER #2484, failed to warn the Plaintiff, MARY SAL RODRIGUEZ, of the aforementioned condition and the risk involved in as much as the presence of the Plaintiff, MARY SAL RODRIGUEZ, was known or reasonably foreseeable by the Defendant, WALMART STORES EAST, L.P. D/B/A WALMART SUPERCENTER #2484, and the Plaintiff, MARY SAL RODRIGUEZ, neither knew nor should have known of said condition and risk by the use of reasonable care.

11. That as a result of the Defendant's negligence, Plaintiff, MARY SAL RODRIGUEZ, was severely injured.

12. That as a direct and proximate result of the negligence of the Defendant, WALMART STORES EAST, L.P. D/B/A WALMART SUPERCENTER #2484, the Plaintiff, MARY SAL RODRIGUEZ, was injured in and about her body and extremities, suffered pain there from, suffered physical handicap, lost wages and loss of ability to earn money in the past and in the future, aggravation of a previously existing condition and suffered the inability to lead a normal life; all of which are permanent and continuing in nature.

13. In addition, as a direct and proximate result of the Defendant, WALMART STORES EAST, L.P. D/B/A WALMART SUPERCENTER #2484, the Plaintiff, MARY SAL RODRIGUEZ, incurred medical expenses in the treatment of injuries and will continue to incur said expenses in the future.

**WHEREFORE**, the Plaintiff demands judgment for damages against the Defendant, WALMART STORES EAST, L.P. D/B/A WALMART SUPERCENTER #2484, and a trial by jury of all issues triable as a right by a jury.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically delivered this 21st day of May, 2020 to: **Amanda J. Ross, Esq.**, (Email: Amanda.ross@henlaw.com; tracey.salerno@henlaw.com) and **Michael D. Kaplan, Esq**., (Email: receptionist@thekaplanlawgroup.com; mkaplan@thekaplanlawgroup.com.

LAW OFFICES OF JOSE A. YANEZ
Attorney for Plaintiff
814 Ponce de Leon Blvd.
Suite 418
Miami, Florida 33134
305.442.8818 - Telephone
Service Email: Service@joseyanezesq.com

By: */s/ Jose A. Yanez*
    JOSE A. YANEZ
    Florida Bar No.: 0976326